IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No: 11-CV-62200-KMW

JEFFREY SWANSON, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

MAGNUM D'OR RESOURCES, INC., JOSEPH J. GLUSIC and MICHEL BOUX

                Defendants.

## NOTICE OF FILING NOTICE OF RELATED OR SIMILAR ACTIONS

Please take Notice that the Notice of Related or Similar Actions has been filed in *de Souza v. Magnum D'or Resources, Inc., et al*, 11-CIV-61879-JORDAN this day and is annexed hereto as Exhibit A.

Dated: October 13, 2011

**FARUQI & FARUQI, LLP**

By: */s/ Emily C. Komlossy*
Emily C. Komlossy (FL Bar No. 7714)
ekomlossy@faruqilaw.com
3595 Sheridan Street, Suite 206
Hollywood, Florida 33021
Tel: 954-239-0280
Fax: 954-239-0281

*Counsel for Proposed Lead Plaintiff Movant and the Proposed Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2011, I caused a true and correct copy of the foregoing Notice of Filing Notice of Related or Similar Actions to be electronically filed with the Clerk of the Court on counsel of record for all relevant parties. I also certify that this document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filings.

## SERVICE LIST

**JOSEPH J. GLUSIC**
1326 S.E. 17th Street, Suite 513
Fort Lauderdale, Florida 33316

**MAGNUM D'OR RESOURCES, INC.**
1326 S.E. 17th Street, Suite 513
Fort Lauderdale, Florida 33316

**MICHEL BOUX**
c/o MAGNUM D'OR RESOURCES, INC.
1326 S.E. 17th Street, Suite 513
Fort Lauderdale, Florida 33316

*Defendants*

**SAXENA WHITE P.A.**
JOSEPH E. WHITE III
2424 North Federal Highway
Suite 257
Boca Raton, FL 33431

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
Gregory M. Nespole
Martin E. Restituyo
270 Madison Avenue
New York, NY 10016

**LAW OFFICES OF BRUCE G. MURPHY**
265 Llwyds Lane
Vero Beach, Florida 32963

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Timothy J. McFall
585 Stewart Avenue, Suite 304
Garden City, NY 11530

**BARKER, RODEMS & COOK, P.A.**
Chris A. Barker
501 East Kennedy Boulevard, Suite 790
Tampa, FL 33602

*Counsel for Plaintiffs de Souza and Swanson*

By: ___*/s/ Emily C. Komlossy*___
      Emily C. Komlossy

3