# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No: 11-CV-61879-JORDAN

LEONARDO de SOUZA, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

MAGNUM D'OR RESOURCES, INC., JOSEPH J. GLUSIC and MICHEL BOUX

                Defendants.

### NOTICE OF RELATED OR SIMILAR ACTIONS

Pursuant to Local Rule 3.8 and Internal Operating Procedure 2.15.00, lead plaintiff movant Unnikrishnan Madhavan Thekkekalathil ("Lead Plaintiff Movant") in this above-captioned action hereby notifies the Court that a related, similar action was filed on October 12, 2011 in the Southern District of Florida styled *Jeffrey Swanson v. Magnum D'or Resources, Inc. and Michel Boux*, 11-CIV-62200 and assigned to the Honorable Kathleen M. Williams ("Swanson Action").

Like the above-captioned action, the Swanson Action alleges that Magnum D'or Resources, Inc. ("Magnum") and Magnum director Michel Boux violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and seeks to represent a class of Magnum shareholders who purchased Magnum securities during the period between July 2, 2008 and April 13, 2010.

By way of background, on July 18, 2011, an action styled *Puopulo v. Magnum D'or Resources, Inc. et al*, Case No. 0:11-cv-61591-DL6 ("Puopulo Action") was filed in this Court.

That same day, plaintiff in the Puopulo Action published notice in a national newswire service, *Marketwire*. The notice advised members of the proposed class of their right to move the Court no later than 60 days from July 18, 2011 (*i.e.*, September 16, 2011) to serve as lead plaintiff. The Puopulo Action was voluntarily dismissed on August 22, 2011. (*See*, Dkt #6, 7 in Puopulo Action).

This action was filed on August 23, 2011. Pursuant to the Private Securities Law Reform Act of 1995, as amended, and in accordance with the statutory requirement of the PSLRA, plaintiff in this action and Lead Plaintiff Movant timely filed separate motions to be appointed lead plaintiff on September 16, 2011. Plaintiff de Souza subsequently withdrew his motion on October 3, 2011 (Dkt #13), conceding that he did not have the "largest financial interest" in the litigation, in light of the loss suffered by Lead Plaintiff Movant. (Dkt. #8-11, 13). Accordingly, Lead Plaintiff Movant is presumptively the most adequate lead plaintiff, having been the only class member to move in a timely fashion, and having suffered the largest loss.

Nonetheless, given the fact that the Swanson Action asserts common questions of fact and law, it should be transferred to this Court's docket for all further proceedings.

Dated: October 13, 2011                                      **FARUQI & FARUQI, LLP**

By:      */s/ Emily C. Komlossy*
Emily C. Komlossy (FL Bar No. 7714)
ekomlossy@faruqilaw.com
3595 Sheridan Street, Suite 206
Hollywood, Florida 33021
Tel: 954-239-0280
Fax: 954-239-0281

*Counsel for Proposed Lead Plaintiff Movant and the Proposed Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2011, I caused a true and correct copy of the foregoing Notice of Related or Similar Actions to be electronically filed with the Clerk of the Court on counsel of record for all relevant parties. I also certify that this document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filings.

## SERVICE LIST

**JOSEPH J. GLUSIC**
c/o MAGNUM D'OR RESOURCES, INC.
1326 S.E. 17th Street, Suite 513
Fort Lauderdale, Florida 33316

**MAGNUM D'OR RESOURCES, INC.**
1326 S.E. 17th Street, Suite 513
Fort Lauderdale, Florida 33316

**MICHEL BOUX**
c/o MAGNUM D'OR RESOURCES, INC.
1326 S.E. 17th Street, Suite 513
Fort Lauderdale, Florida 33316

*Defendants*

**SAXENA WHITE P.A.**
JOSEPH E. WHITE III
2424 North Federal Highway
Suite 257
Boca Raton, FL 33431

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
Gregory M. Nespole
Martin E. Restituyo
270 Madison Avenue
New York, NY 10016

**LAW OFFICES OF BRUCE G. MURPHY**
265 Llwyds Lane
Vero Beach, Florida 32963

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Timothy J. McFall
585 Stewart Avenue, Suite 304
Garden City, NY 11530

*Counsel for Plaintiffs de Souza and Swanson*

By: ___*/s/ Emily C. Komlossy*___
        Emily C. Komlossy