IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LEONARDO de SOUZA, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   -against-<br><br>MAGNUM D'OR RESOURCES, INC., JOSEPH J. GLUSIC and MICHEL BOUX<br><br>                Defendants. | Case No: 11-CV-61879-JORDAN |
| JEFFREY SWANSON, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>-against-<br><br>MAGNUM D'OR RESOURCES, INC., JOSEPH J. GLUSIC and MICHEL BOUX<br><br>                Defendants. | Case No: 11-CV-62200-JORDAN |

[PROPOSED] ORDER
CONSOLIDATING ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the papers filed in support of Unnikrishnan Madhavan Thekkekalathil's ("Thekkekalathil" or "Movant") Renewed Motion for Consolidation of Actions, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(a)(3)(B) (the "PSLRA"), and for good cause shown, the Court hereby enters the following Order:

1. The above-captioned actions are hereby consolidated.

2. Thekkekalathil moved the Court to be appointed as Lead Plaintiff in this action and to approve his counsel as Lead Counsel for the proposed class.

3. Having considered the provisions of the PSLRA, the Court hereby determines that Thekkekalathil is the most adequate plaintiff. The Court hereby appoints Thekkekalathil as Lead Plaintiff to represent the interests of the class.

4. Pursuant to § 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), Movant has selected and retained the law firm of Faruqi & Faruqi, LLP, as Lead Counsel. The Court hereby approves Movant's selection of Lead Counsel for the action.

5. This Order shall apply to each case arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, removed to, or transferred to this Court.

6. When a case which properly belongs as part of this action is hereafter filed in this Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of this action and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

7. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel on an executive committee, whom Lead Counsel shall designate:

   (a) to coordinate the briefing and argument of any and all motions;

   (b) to coordinate the conduct of any and all discovery proceedings;

   (c) to coordinate the examination of any and all witnesses and depositions;

(d) to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

(e) to call meetings of plaintiffs' counsel as they deem necessary and appropriate from time to time;

(f) to coordinate all settlement negotiations with counsel for defendants;

(g) to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

(h) to coordinate the preparation and filing of all pleadings; and

(i) to supervise all other matters concerning the prosecution or resolution of the action.

8. No motion, discovery request, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel.

9. Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

10. Lead Counsel shall be the contact between any and all plaintiffs' counsel and defendants' counsel, as well as the spokespersons for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel. Lead Counsel shall also be the contact between the Court and any other plaintiffs and their counsel.

11. Defendant shall effect service of papers on plaintiffs by serving copies on Lead Counsel by overnight delivery service, electronic mail ("e-mail") delivery, or hand delivery.

SO ORDERED THIS _____ day of _____, 2011.

_____
Honorable Adalberto Jordan