# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 0:11-CV-62200-KMW

Plaintiff:
**Jeffrey Swanson, individually and on behalf of all others similarly situated**
vs.
Defendants:
**Magnum D'Or Resources, inc., Joseph J. Glusic and Michael Boux**

For: Chris Barker
BARKER, RODEMS & COOK, P.A.

Received by MercuryServe, Inc. on the 8th day of December, 2011 at 3:31 pm to be served on **Magnum D'Or Resources, inc. c/o National Registered Agents, Inc. of Nevada, 1000 East William Street, Suite 204, Carson City, NV 89701.** I, _Wade Morlan_, do hereby affirm that on the _14th_ day of _December_, 20_11_ at _2:25_ pm., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and CLASS ACTION COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(✓) CORPORATE SERVICE: By serving _Denise Perry_ as _authorized agent to accept_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # _322_
Appointed in accordance with State Statutes

**MercuryServe, Inc.
100 S. Ashley Drive
Suite 1235
Tampa, FL 33602
(813) 223-5400**
Our Job Serial Number: 2011012683

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5c