# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 0:11-CV-62200-KMW

Plaintiff:
**Jeffrey Swanson, individually and on behalf of all others similarly
situated**
vs.
Defendants:
**Magnum D'Or Resources, inc., Joseph J. Glusic and Michael Boux**

For: Chris Barker
      BARKER, RODEMS & COOK, P.A.

Received by MercuryServe, Inc. on the 8th day of December, 2011 at 3:31 pm to be served on **Michel Boux, 20576
Vaughan Street, Detroit, MI 48219.** I, LEONARD WALKER JR., do hereby affirm that on the 21 ST day
of DECEMBER, 2011 at 10 :39 .m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL
ACTION and CLASS ACTION COMPLAINT** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of
the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as
_____.

( ) CORPORATE SERVICE: By serving _____ as
_____.

(X) OTHER SERVICE: As described in the Comments below by serving MICHAEL BOUX _____ as
_____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: SERVED PAPERS UPON A BLACK FEMALE, LATE 20's - EARLY 30's,
5'2" - 5'3 130 LBS BROWN HAIR + EYES, SHE REFUSED TO REVEAL
HER NAME.

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in
which this service was made.

*Leonard J. Walker Jr.*

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**MercuryServe, Inc.**
**100 S. Ashley Drive**
**Suite 1235**
**Tampa, FL 33602**
**(813) 223-5400**
Our Job Serial Number: 2011012684

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5c