UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62200-CIV-MIDDLEBROOKS/BRANNON

JEFFREY SWANSON, Individually and On
Behalf of All Others Similarly
Situated,

      Plaintiff,

v.

MAGNUM D'OR RESOURCES,
INC., *et al.*,

      Defendants.
_____/

## ORDER ON MOTION TO AMEND COURT'S ORDER ON MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

THIS CAUSE comes before the Court upon Plaintiff's Motion to Amend Court's Order on Motion for Appointment of Lead Plaintiff ("Motion") (DE 31), filed April 19, 2012. The Court has reviewed the record and is otherwise fully advised in the premises.

In the instant Motion, Plaintiff moves the Court to amend its Order on Motion for Appointment of Lead Plaintiff and Approval of Lead Counsel ("Order") (DE 30). After considering the instant Motion, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Amend Court's Order on Motion for Appointment of Lead Plaintiff (DE 31) is **GRANTED.**

It is further

    **ORDERED AND ADJUDGED** that:

    1. Jeffrey Swanson, Tom Joe, Scott A. Martin, Clair Faust, and Doris Richardson Faust are hereby **APPOINTED** as the Lead Plaintiffs in this matter;

1

2. The Clerk of Court shall add Scott A. Martin as a Plaintiff in this matter;

3. Currently, the docket reflects that Doris Richardson Faust's name is merely Doris Richardson, accordingly, based upon Plaintiff's representation, the Clerk of Court shall change Doris Richardson's name to Doris Richardson Faust; and

4. Rigrodsky & Long, P.A. and Barker, Rodems & Cook, P.A. are hereby **APPROVED** as Lead Counsel and Local Counsel, respectively.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this ___ day of April, 2012.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record