UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62200-CIV-MIDDLEBROOKS/BRANNON

JEFFREY SWANSON, Individually and On
Behalf of All Others Similarly
Situated,

    Plaintiff,

v.

MAGNUM D'OR RESOURCES,
INC., et al.,

    Defendants.
_____/

## FINAL JUDGMENT

In accordance with this Court's Order on Plaintiffs' Motion for Entry of Final Default Judgment (DE 41) and Order on Final Default Judgment for Damages (DE __), it is hereby

**ORDERED AND ADJUDGED** that Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiffs Jeffrey Swanson, Tom Joe, Scott A. Martin, Clair Faust, and Doris Richardson and against Defendant Magnum D'Or Resources, Inc. Each Plaintiff is entitled to an award as follows:

1. Jeffrey Swanson: $54,164.62 and $1,602.84 in pre-judgment interest;
2. Tom Joe: $77,936.56 and $2,305.08 in pre-judgment interest;
3. Scott A. Martin: $73,554.32 and $2,177.40 in pre-judgment interest;
4. Clair Faust: $39,800.00 and $1,178.76 in pre-judgment interest; and
5. Doris Richardson: $19,750 and $583.68 in pre-judgment interest.

It is further **ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this _19_ day of September, 2012.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record

1